IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LINGUISTICA INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATE SERVICES, et al.,<br><br>Defendants. | **ORDER OF DISMISSAL**<br><br>Case No. 2:14-cv-00534<br><br>Judge Clark Waddoups |

On June 18, 2015, the court issued an order granting Defendant Federal Express Corporation's motion to dismiss, but granted Plaintiff leave to amend its complaint by July 1, 2015. (Dkt. No. 29). Plaintiff did not submit an amended complaint. On March 4, 2016, the court issued an order directing Plaintiff to advise the court of the status of the case and intentions to proceed. (Dkt. No. 30). Plaintiff did not respond as directed. The court therefore dismisses this action in its entirety and directs the Clerk of Court to enter judgment.

DATED this 22nd day of March, 2016.

BY THE COURT:

_____
Clark Waddoups
United States District Court Judge